Lori N. Brown (SBN: 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com
*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HOVERMALE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARCHWELL HEALTH PROFESSIONAL SERVICES OF NEVADA, P.C., a domestic professional corporation; ARCHWELL HEALTH MSO, LLC, a foreign limited liability company;<br><br>Defendants. | CASE NO. 2:25-cv-02452<br><br>**STIPULATION AND ORDER FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 6-1, it is hereby stipulated by and between Plaintiff, John Hovermale, and Defendants, Archwell Health Professional Services of Nevada, P.C. and Archwell Health MSO, LLC (collectively, "Archwell"), by and through the undersigned counsel, as follows:

Plaintiff filed a Complaint on December 10, 2025. (Doc. 1.) Archwell's deadline to file a responsive pleading is currently January 5, 2026.

The parties stipulate, agree, and request the Court enter an order providing that Archwell's deadline to file a responsive pleading be extended until **January 30, 2026**.

The parties stipulate and agree that the deadline to file a Motion to Dismiss under Rule 12 remains January 5, 2026.

This is the parties' first request for an extension of time regarding the deadline for filing a responsive pleading and it is not intended to cause any delay or prejudice any party. The parties hereto agree to an extension in good faith in order to provide Archwell with sufficient time to thoroughly investigate the allegations in the Complaint.

**IT IS SO STIPULATED.**

Dated this 31st day of December 2025.        Dated this 31st day of December 2025

**GORDON REES SCULLY**                       **LAGOMARSINO LAW**
**MANSUKHANI, LLP**

By: /s/ *Lori N. Brown*                      By: /s/ *Andre M. Lagomarsino*
Lori N. Brown                                Andre M. Lagomarsino
*Attorney for Defendants*                    Maria A. Mencos
                                             *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: January 7, 2026