Lori N. Brown (SBN: 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HOVERMALE , an individual,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ARCHWELL HEALTH MSO, LLC, a foreign limited liability company,<br><br>                    Defendants. | CASE NO.  2:25-cv-02452<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION** |

Plaintiff John Hovermale and Defendant Archwell Health MSO, LLC, by and through their undersigned counsel, hereby request to reschedule the Early Neutral Evaluation ("ENE") currently set for April 3, 2026 at 10:00 am [Doc. 14].

The parties submit this request for a continuance because Defendant's counsel will be observing the Jewish holiday of Passover (April 1-9) and will not be available that day.

The parties have met and conferred and are available on April 14, 15, 16, 27, and 29.

The parties also request that the ENE be set for virtual appearances. Defendant's representatives and insurance adjuster are all located out of state.

-1-

This is the first request for a continuance of the ENE. This request is made in good faith and not for the purpose of delay.

Dated this 23rd day of February, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Lori N. Brown*
Lori N. Brown
*Attorney for Defendant*

**LAGOMARSINO LAW**

By: */s/ Andre Lagomarsino*
Andre Lagomarsino
*Attorney for Plaintiff*

**IT IS SO ORDERED** that the stipulation is **granted in part** and **denied in part**. The Court finds good cause to grant a continuance of the ENE.

Accordingly, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation scheduled for April 3, 2026 is **VACATED** and **RESET** for **April 15, 2026, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that written evaluation statements are due by 4:00 p.m. on April 8, 2026.

The parties' stipulation fails to provide sufficient reasoning for their request to appear virtually so the Court denies that request.

IT IS SO ORDERED.

DATED: 2/26/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing thereby transmitting a notice of electronic filing to all counsel and parties of record.

*/s/ Jessica C. Gerblick*