**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
maria@lagomarsinolaw.com
*Attorneys for Plaintiff Hovermale*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HOVERMALE, an individual. <br><br> Plaintiff, <br><br> vs. <br><br> ARCHWELL HEALTH MSO, LLC, a foreign limited-liability company; <br><br> Defendant. | CASE NO.:   2:25-cv-02452-APG-BNW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff JOHN HOVERMALE by and through his attorneys of record, and Defendant ARCHWELL HEALTH MSO, LLC, by and through its attorneys of record, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against Defendant, with each party to be responsible for their own fees and costs.

**IT IS SO STIPULATED AND AGREED.**

DATED this 1st day of June, 2026.

**LAGOMARSINO LAW**


/s/ Maria A. Mencos, Esq.
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff*

DATED this 1st day of June, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**


/s/ Gaurav Bobby Kalra, Esq.
GAURAV BOBBY KALRA, ESQ. (#16898)
JILL GUINGCANGCO, ESQ. (#14717)
300 S. 4th Street, Ste. 1550
Las Vegas, Nevada 89101
Telephone: (808) 476-8833
*Attorneys for Defendant*

IT IS SO ORDERED:

Dated: June 2, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE
Page 1 of 1

*LAGOMARSINO LAW*
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065